UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY J. STOKES,

    Plaintiff,

v.                                                    CASE NO: 8:08-cv-1657-T-23HTS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

On July 2, 2009, the magistrate judge issued a report (Doc. 22) recommending (a) reversal of the Commissioner's decision denying the plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income and (b) remand to the Commissioner with instructions under sentence four of 42 U.S.C. § 405(g). Neither party objects to the report and the time for filing objections has elapsed. Accordingly, the report and recommendation (Doc. 22) is **ADOPTED**. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** pursuant 42 U.S.C. § 405(g) (sentence four) to the Commissioner for the administrative law judge to conduct further proceedings as outlined in the magistrate judge's report and recommendation. If benefits are awarded on remand, the plaintiff may apply for an award of attorney's fees pursuant to 42 U.S.C. § 406(b) within thirty days of a determination of the

plaintiff's benefits. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on July 23, 2009.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE