UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY J. STOKES,

    Plaintiff,

vs.                                Case No. 8:08-cv-1657-T-23HTS

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on the Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. #27; Petition). The Commissioner has no objection to the amount sought. *See* Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #30) at 1.

    It is requested that the Court award $2,336.00 in attorney fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *See* Petition at 1. Counsel expended 14.6 hours in representing Plaintiff before the Court in 2008 (1.7 hours) and 2009 (12.9 hours). *See id*. at 1; Plaintiff's Attorney's Affidavit Supporting Motion for Award of Attorney's Fee Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, attached to the Petition, at 6-7. An hourly rate of $160.00 is sought for attorney fees.

*See* Petition at 1. The requested amount is found to be reasonable in view of 28 U.S.C. § 2412(d)(2)(A), which permits adjustment of the maximum fee of $125.00 per hour based on an increase in the cost of living.[1]

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably receive $2,336.00 in fees.

Accordingly, the Petition (Doc. #27) is **GRANTED** and Plaintiff is hereby awarded the amount of $2,336.00 in attorney fees to be paid by Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of January, 2010.

          /s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
    pro se parties, if any

---

[1] For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited January 13, 2010).